UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL             JS-6

| Case No. | **CV 09-2750-DMG(JCx)** | Date | MAY 11, 2010 |
|---|---|---|---|

| Title | *Juan Hong v. Michael R. Arias, et al.,* |
|---|---|

Present: The Honorable    DOLLY M. GEE., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**  **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**     **JS-6**

On March 29, 2010, this court granted a motion to dismiss the complaint for failure to state a claim, allowing plaintiff leave to file a first amended complaint within 21 days thereafter. Said order advised plaintiff that his "failure to file a First Amended Complaint within the time allowed will be deemed his consent to the dismissal of this action without prejudice."

It has now been more that 40 days since the issuance of that order and plaintiff has failed to file a first amended complaint. The docket indicates no activity since the March 29, 2010 order.

Accordingly,
IT IS ORDERED that this action be, and is hereby, dismissed without prejudice for lack of prosecution.

cc: all parties

| CV-90 (12/02) | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk ys |
|---|---|---|